[No. 1794-1.   Division One.   June 11, 1973.]

ROBERT L. TUNNEY, *Respondent*, v. SEATTLE MENTAL HEALTH REHABILITATION INSTITUTE *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 721268, William J. Wilkins, J., entered June 30, 1971. *Reversed* by unpublished opinion per Farris, J., concurred in by Williams and Callow, JJ.

[No. 572-2.   Division Two.   June 13, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWIN JOHN BROWER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 6969, Robert D. McMullen, J., entered July 9, 1971. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 762-2.   Division Two.   June 15, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES VERNON BONNY, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 3456, Oluf Johnsen, J., entered April 14, 1972. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Armstrong, J.

[No. 1579-1.   Division One.   June 18, 1973.]

CHARLES E. DRAPER, *Respondent*, v. THE DEPARTMENT OF MOTOR VEHICLES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 738575, William J. Wilkins, J., entered March 27, 1972. *Reversed* by unpublished per curiam opinion.